UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
VW Credit Leasing, Ltd

**Order Filed on May 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Charles A. Schaffer III,

Debtors.

Case No.: 17-33684 KCF

Adv. No.:

Hearing Date: 3/28/18 @ 10:00 a.m..

Judge: Katherine C. Ferguson

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 9, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Charles A. Schaffer III
Case No:  17-33684 KCF
Caption of Order:  ORDER  RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, Ltd, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property 2014 AUDI Q7 3.0 TDI PRM ,VIN: WA1LMAFE2ED019329, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Ronald E. Norman, Esquire, attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of September 12, 2017, the Lease has matured; and

      It is **ORDERED, ADJUDGED and DECREED** that the Debtor will purchase the vehicle by April 30, 2018 or the automatic stay will be vacated as to the subject collateral; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.