UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of
Ronald E Norman, LLC
901 Route 168, Suite 407A
Turnersville, NJ 08012
856-374-3100
rnorman@rnormanlaw.com

In Re:

Charles A. Schaffer, III

Case No.:   17-33684

Judge:   ____KCF_____

Chapter:   13

# CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by , creditor,

    A hearing has been scheduled for _____, at ___ ___.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for __6/27/18__, at __9:00 a.m__.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

My pre-confirmation certification was filed with the Court today. The loan modification documents were submitted to the mortgage company. The mortgage company did file a motion for stay relief, and an Order resolving motion was entered on the docket on 5/23/18 with stipulation if my loan modification is not approved by July 10, 2018, mortgage company will promptly notify the Trustee within thirty (30) days of notification, and I would need to file a modified plan to cure mortgage arrears. In addition, the State of New Jersey filed a Secured Proof of Claim on 2/15/18.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: __6/19/18_____                              _/s/ Charles A. Schaffer, III__
                                                     Debtor=s Signature

Date: _____                              _____
                                                     Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*