Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–33684–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Charles A. Schaffer, III
  aka Charles Schaffer, aka Charles Schaffer III
  2 Pine Rd
  Medford, NJ 08055–8159

Social Security No.:
  xxx–xx–5564

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 1, 2018.

On 7/3/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:         August 8, 2018
Time:         10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 6, 2018
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-33684-KCF
Charles A. Schaffer,, III                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2            Date Rcvd: Jul 06, 2018
                              Form ID: 185           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
```
db              Charles A. Schaffer,, III,   2 Pine Rd,    Medford, NJ 08055-8159
aty            +Shapiro & DeNardo,   14000 Commerce Pkwy,    Ste. B,    Mt. Laurel, NJ 08054-2242
lm              CARRINGTON MORTGAGE SERVICES, LLC,    PO Box 3489,    Anaheim, CA 92803-3489
cr             +Carrington Mortgage Services LLC as servicing agen,    Stern Lavinthal & Frankenberg LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +Carrington Mortgage Services, LLC as servicing age,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +Wells Fargo Bank, N.A., as Trustee for Carrington,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517192680       Barron & Brennan, PA,   1307 White Horse Rd Ste F600,    Voorhees, NJ 08043-2164
517192681       Carngtn Mtg,   1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5948
517192682       Carrington Mortgage Service. LLC,    PO Box 3489,    Anaheim, CA 92803-3489
517318071      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517192685       Eamonn O’Hagan,   Assistant U.S. Attorney U.S. Attorney’s,    970 Broad St Dist OF,
                 Newark, NJ 07102-2534
517192688       Navient,   123 S Justison St Ste 30,    Wilmington, DE 19801-5360
517211003      +Nelnet obo Educational Credit Management Corp,    Educational Credit Management Corp,
                 PO Box 16408,    St. Paul MN 55116-0408
517192691       Old Taunton Lake Colony Club,    c/o Paul Lucas,    74 S Wyetta Rd,    Medford, NJ 08055-8112
517192692       Robin A. Schaffer,   2 Pine Rd,    Medford, NJ 08055-8159
517192694     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
517192693       Shapiro & DeNardo, LLC,    14000 Commerce Pkwy Ste B,    Mount Laurel, NJ 08054-2242
517247468      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2018 22:07:10     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2018 22:07:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517220236      +E-mail/Text: ally@ebn.phinsolutions.com Jul 06 2018 22:06:45     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517192683       E-mail/PDF: pa_dc_ed@navient.com Jul 06 2018 22:10:28     Dept of Ed/Navient,
                 Attn: Claims Dept,    PO Box 9635,    Wilkes Barre, PA 18773-9635
517192684       E-mail/PDF: pa_dc_ed@navient.com Jul 06 2018 22:10:41     Dept of Ed/Navient,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517192686       E-mail/Text: cio.bncmail@irs.gov Jul 06 2018 22:06:55     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517192687       E-mail/PDF: pa_dc_claims@navient.com Jul 06 2018 22:10:41     Navient,   Attn: Claims Dept,
                 PO Box 9500,   Wilkes Barre, PA 18773-9500
517312371       E-mail/PDF: pa_dc_claims@navient.com Jul 06 2018 22:10:54
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517192689       E-mail/Text: electronicbkydocs@nelnet.net Jul 06 2018 22:07:12     Nelnet,
                 Nelnet Claims/Bankruptcy,    PO Box 82505,    Lincoln, NE 68501-2505
517192690       E-mail/Text: electronicbkydocs@nelnet.net Jul 06 2018 22:07:12     Nelnet Lns,   PO Box 1649,
                 Denver, CO 80201-1649
517192695       E-mail/Text: vci.bkcy@vwcredit.com Jul 06 2018 22:07:16     VW Credit, Inc.,   PO Box 3,
                 Hillsboro, OR 97123-0003
517315993      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 06 2018 22:21:13     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```
```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 06, 2018
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services LLC as servicing
           agent for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series
           2006-FRE1 Asset-Backed Pass-Through Certificates cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services, LLC as servicing
           agent for Bank of America, N.A. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           cmecf@sternlav.com
          Rebecca Ann Solarz     on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Ronald E. Norman     on behalf of Debtor Charles A. Schaffer,, III ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```