Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 17−33684−KCF  
Chapter: 13  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles A. Schaffer, III
   aka Charles Schaffer, aka Charles Schaffer III
   2 Pine Rd
   Medford, NJ 08055−8159

Social Security No.:
   xxx−xx−5564

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on May 1, 2018.

   On 8/20/2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                September 26, 2018  
Time:                10:00 AM  
Location:            Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 21, 2018  
JAN: vpm

Jeanne Naughton  
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                   Case No. 17-33684-KCF
Charles A. Schaffer,, III                                                Chapter 13
       Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2         Date Rcvd: Aug 21, 2018
                              Form ID: 185                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
db             Charles A. Schaffer,, III,   2 Pine Rd,   Medford, NJ 08055-8159
aty           +Shapiro & DeNardo,   14000 Commerce Pkwy,   Ste. B,   Mt. Laurel, NJ 08054-2242
lm             CARRINGTON MORTGAGE SERVICES, LLC,   PO Box 3489,   Anaheim, CA 92803-3489
cr            +Carrington Mortgage Services LLC as servicing agen,    Stern Lavinthal & Frankenberg LLC,
                 105 Eisenhower Parkway,    Suite 302,   Roseland, NJ 07068-1640
cr            +Carrington Mortgage Services, LLC as servicing age,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,   Roseland, NJ 07068-1640
cr            +Wells Fargo Bank, N.A., as Trustee for Carrington,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,   Roseland, NJ 07068-1640
517192680      Barron & Brennan, PA,   1307 White Horse Rd Ste F600,    Voorhees, NJ 08043-2164
517192681      Carngtn Mtg,   1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5948
517192682      Carrington Mortgage Service. LLC,   PO Box 3489,    Anaheim, CA 92803-3489
517318071     +Carrington Mortgage Services, LLC,   1600 South Douglass Road,    Anaheim, CA 92806-5951
517192685      Eamonn O'Hagan,   Assistant U.S. Attorney U.S. Attorney's,    970 Broad St Dist OF,
                 Newark, NJ 07102-2534
517192688      Navient,   123 S Justison St Ste 30,    Wilmington, DE 19801-5360
517211003     +Nelnet obo Educational Credit Management Corp,    Educational Credit Management Corp,
                 PO Box 16408,   St. Paul MN 55116-0408
517192691      Old Taunton Lake Colony Club,   c/o Paul Lucas,    74 S Wyetta Rd,   Medford, NJ 08055-8112
517192692      Robin A. Schaffer,   2 Pine Rd,   Medford, NJ 08055-8159
517192694     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,   PO Box 245,
                 Trenton, NJ 08695-0245)
517192693      Shapiro & DeNardo, LLC,   14000 Commerce Pkwy Ste B,    Mount Laurel, NJ 08054-2242
517247468     +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2018 23:34:35     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2018 23:34:31     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517220236     +E-mail/Text: ally@ebn.phinsolutions.com Aug 21 2018 23:33:31     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
517192683      E-mail/PDF: pa_dc_ed@navient.com Aug 21 2018 23:41:26     Dept of Ed/Navient,
                 Attn: Claims Dept,   PO Box 9635,   Wilkes Barre, PA 18773-9635
517192684      E-mail/PDF: pa_dc_ed@navient.com Aug 21 2018 23:41:54     Dept of Ed/Navient,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517192686      E-mail/Text: cio.bncmail@irs.gov Aug 21 2018 23:33:50     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517192687      E-mail/PDF: pa_dc_claims@navient.com Aug 21 2018 23:41:26     Navient,   Attn: Claims Dept,
                 PO Box 9500,   Wilkes Barre, PA 18773-9500
517312371      E-mail/PDF: pa_dc_claims@navient.com Aug 21 2018 23:41:25
                 Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517192689      E-mail/Text: electronicbkydocs@nelnet.net Aug 21 2018 23:34:38     Nelnet,
                 Nelnet Claims/Bankruptcy,   PO Box 82505,   Lincoln, NE 68501-2505
517192690      E-mail/Text: electronicbkydocs@nelnet.net Aug 21 2018 23:34:38     Nelnet Lns,   PO Box 1649,
                 Denver, CO 80201-1649
517192695      E-mail/Text: vci.bkcy@vwcredit.com Aug 21 2018 23:34:41     VW Credit, Inc.,   PO Box 3,
                 Hillsboro, OR 97123-0003
517315993     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2018 23:41:59     Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 21, 2018
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services LLC as servicing
           agent for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series
           2006-FRE1 Asset-Backed Pass-Through Certificates cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services, LLC as servicing
           agent for Bank of America, N.A. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           cmecf@sternlav.com
          Rebecca Ann Solarz    on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Charles A. Schaffer,, III ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9
```