Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−33684−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles A. Schaffer, III
   aka Charles Schaffer, aka Charles Schaffer
   III
   2 Pine Rd
   Medford, NJ 08055−8159

Social Security No.:
   xxx−xx−5564

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       10/25/18
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Ronald E. Norman, Attorney for Debtor
Period: 12/1/2017 to 9/2/2018

COMMISSION OR FEES
$1900.00

EXPENSES
$27.99

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 25, 2018
JAN:

Jeanne Naughton
Clerk

Case 17-33684-KCF    Doc 56    Filed 09/27/18    Entered 09/28/18 00:35:59    Desc Imaged
                    Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-33684-KCF
Charles A. Schaffer,, III                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 2           Date Rcvd: Sep 25, 2018
                                Form ID: 137             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
```
db              Charles A. Schaffer,, III,    2 Pine Rd,    Medford, NJ 08055-8159
aty            +Shapiro & DeNardo,    14000 Commerce Pkwy,    Ste. B,    Mt. Laurel, NJ 08054-2242
lm              CARRINGTON MORTGAGE SERVICES, LLC,     PO Box 3489,    Anaheim, CA 92803-3489
cr             +Carrington Mortgage Services LLC as servicing agen,     Stern Lavinthal & Frankenberg LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +Carrington Mortgage Services, LLC as servicing age,     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +Wells Fargo Bank, N.A., as Trustee for Carrington,     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517192680       Barron & Brennan, PA,    1307 White Horse Rd Ste F600,    Voorhees, NJ 08043-2164
517192681       Carngtn Mtg,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5948
517192682       Carrington Mortgage Service. LLC,    PO Box 3489,    Anaheim, CA 92803-3489
517318071      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517192685       Eamonn O'Hagan,    Assistant U.S. Attorney U.S. Attorney's,     970 Broad St Dist OF,
                 Newark, NJ 07102-2534
517192688       Navient,    123 S Justison St Ste 30,    Wilmington, DE 19801-5360
517211003      +Nelnet obo Educational Credit Management Corp,     Educational Credit Management Corp,
                 PO Box 16408,    St. Paul MN 55116-0408
517192691       Old Taunton Lake Colony Club,    c/o Paul Lucas,    74 S Wyetta Rd,    Medford, NJ 08055-8112
517192692       Robin A. Schaffer,    2 Pine Rd,    Medford, NJ 08055-8159
517192694     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
517192693       Shapiro & DeNardo, LLC,    14000 Commerce Pkwy Ste B,    Mount Laurel, NJ 08054-2242
517247468      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 23:47:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 23:47:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517220236      +E-mail/Text: ally@ebn.phinsolutions.com Sep 25 2018 23:46:26      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517192683       E-mail/PDF: pa_dc_ed@navient.com Sep 25 2018 23:44:48      Dept of Ed/Navient,
                 Attn: Claims Dept,    PO Box 9635,    Wilkes Barre, PA 18773-9635
517192684       E-mail/PDF: pa_dc_ed@navient.com Sep 25 2018 23:44:17      Dept of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517192686       E-mail/Text: cio.bncmail@irs.gov Sep 25 2018 23:46:40      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517192687       E-mail/PDF: pa_dc_claims@navient.com Sep 25 2018 23:45:22      Navient,    Attn: Claims Dept,
                 PO Box 9500,    Wilkes Barre, PA 18773-9500
517312371       E-mail/PDF: pa_dc_claims@navient.com Sep 25 2018 23:44:48
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517192689       E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2018 23:47:17      Nelnet,
                 Nelnet Claims/Bankruptcy,    PO Box 82505,    Lincoln, NE 68501-2505
517192690       E-mail/Text: electronicbkydocs@nelnet.net Sep 25 2018 23:47:17      Nelnet Lns,    PO Box 1649,
                 Denver, CO 80201-1649
517192695       E-mail/Text: vci.bkcy@vwcredit.com Sep 25 2018 23:47:20      VW Credit, Inc.,    PO Box 3,
                 Hillsboro, OR 97123-0003
517315993      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2018 23:55:42      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Sep 25, 2018
                              Form ID: 137               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services LLC as servicing
           agent for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series
           2006-FRE1 Asset-Backed Pass-Through Certificates cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services, LLC as servicing
           agent for Bank of America, N.A. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           cmecf@sternlav.com
          Rebecca Ann Solarz    on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Charles A. Schaffer,, III ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```