UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Ronald E Norman, LLC
Ronald E. Norman, Esquire
Washington Professional Campus II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856)374-3100

Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charles A. Schaffer, III

Case No.: 17-33684

Chapter: 13

Judge: KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 26, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ronald E. Norman_____, the applicant, is allowed a fee of $ _____1,900.00_____ for services rendered and expenses in the amount of $_____27.99_____ for a total of $_____1,927.99_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*