Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−33684−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles A. Schaffer, III
   aka Charles Schaffer, aka Charles Schaffer
   III
   2 Pine Rd
   Medford, NJ 08055−8159

Social Security No.:
   xxx−xx−5564

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/22/19 at 09:00 AM

to consider and act upon the following:

**66** − Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Maria Cozzini on behalf of Carrington Mortgage Services LLC as servicing agent for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006−FRE1 Asset−Backed Pass−Through Certificates. Objection deadline is 05/14/2019. (Attachments: # 1 Certificate of Service # 2 Order) (Cozzini, Maria)

Dated: 5/14/19

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court