# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−33684−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles A. Schaffer, III
   aka Charles Schaffer, aka Charles Schaffer
   III
   2 Pine Rd
   Medford, NJ 08055−8159

Social Security No.:
   xxx−xx−5564

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/22/19 at 09:00 AM

to consider and act upon the following:

**66** − Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Maria Cozzini on behalf of Carrington Mortgage Services LLC as servicing agent for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006−FRE1 Asset−Backed Pass−Through Certificates. Objection deadline is 05/14/2019. (Attachments: # 1 Certificate of Service # 2 Order) (Cozzini, Maria)

Dated: 5/14/19

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-33684-KCF
Charles A. Schaffer,, III                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin              Page 1 of 1            Date Rcvd: May 14, 2019
                       Form ID: ntchrgbk         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db           Charles A. Schaffer,, III,    2 Pine Rd,   Medford, NJ   08055-8159
cr          +Carrington Mortgage Services LLC as servicing agen,    Stern Lavinthal & Frankenberg LLC,
             105 Eisenhower Parkway,    Suite 302,   Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
        Albert    Russo    docs@russotrustee.com
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Jeanette F. Frankenberg    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
         Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
         cmecf@sternlav.com
        Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services LLC as servicing
         agent for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series
         2006-FRE1 Asset-Backed Pass-Through Certificates cmecf@sternlav.com
        Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services, LLC as servicing
         agent for Bank of America, N.A. cmecf@sternlav.com
        Maria    Cozzini    on behalf of Creditor    Carrington Mortgage Services LLC as servicing agent for
         Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1
         Asset-Backed Pass-Through Certificates mcozzini@sternlav.com
        Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
        Ronald E. Norman    on behalf of Debtor Charles A. Schaffer,, III ronaldenorman@comcast.net,
         dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 10