UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of
Ronald E Norman, LLC
901 Route 168, Suite 407A
Turnersville, NJ 08012
856-374-3100
rnorman@rnormanlaw.com

| | |
|---|---|
| In Re:<br><br>Charles A Schaffer III | Case No.:　　　17-33684<br><br>Judge:　　　_____MBK_____<br><br>Chapter:　　　　　13 |

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.　　☐ Motion for Relief from the Automatic Stay filed by , creditor,

　　A hearing has been scheduled for ____, at _10:00 am__ ___.

　　☒ Motion to Dismiss filed by the Chapter 13 Trustee.

　　A hearing has been scheduled for _____9/11/19_____, at __9:00 am_____.

　　☐ Certification of Default filed by __Chapter 13 Trustee_____,

　　I am requesting a hearing be scheduled on this matter.

2.　　I oppose the above matter for the following reasons **(choose one)**:

　　☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:

I filed the PCC with the court 9/4/19.  I did not get a loan mod but I worked out a consent order with my mortgage company and the full arrears are already in my Chapter 13 Plan.  I would like to work out a plan to get the trustee payment caught up or I request the arrears be recapped.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _9/4/19_____                                         _/s/ Charles A Schaffer III__
                                                                                    Debtor=s Signature

Date: _____                                                   _____
                                                                                    Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*