Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–33684–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles A. Schaffer III
   aka Charles Schaffer, aka Charles Schaffer
   III
   2 Pine Rd
   Medford, NJ 08055–8159

Social Security No.:
   xxx–xx–5564

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 13, 2019
JAN: kmf

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 17-33684-MBK
Charles A. Schaffer, III                                                Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Sep 13, 2019
                              Form ID: 148                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db             Charles A. Schaffer, III,    2 Pine Rd,    Medford, NJ 08055-8159
aty           +Shapiro & DeNardo,    14000 Commerce Pkwy,    Ste. B,    Mt. Laurel, NJ 08054-2242
lm             CARRINGTON MORTGAGE SERVICES, LLC,    PO Box 3489,    Anaheim, CA 92803-3489
cr            +Carrington Mortgage Services LLC as servicing agen,     Stern Lavinthal & Frankenberg LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr            +Carrington Mortgage Services, LLC as servicing age,     Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr            +Wells Fargo Bank, N.A., as Trustee for Carrington,     Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517192680      Barron & Brennan, PA,    1307 White Horse Rd Ste F600,    Voorhees, NJ 08043-2164
517192681      Carngtn Mtg,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5948
517192682      Carrington Mortgage Service. LLC,    PO Box 3489,    Anaheim, CA 92803-3489
517318071     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517192685      Eamonn O'Hagan,    Assistant U.S. Attorney U.S. Attorney's,    970 Broad St Dist OF,
                Newark, NJ 07102-2534
517211003     +Nelnet obo Educational Credit Management Corp,    Educational Credit Management Corp,
                PO Box 16408,    St. Paul MN 55116-0408
517192691      Old Taunton Lake Colony Club,    c/o Paul Lucas,    74 S Wyetta Rd,    Medford, NJ 08055-8112
517192692      Robin A. Schaffer,    2 Pine Rd,    Medford, NJ 08055-8159
517192694    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Division of Taxation,    PO Box 245,
                Trenton, NJ 08695-0245)
517192693      Shapiro & DeNardo, LLC,    14000 Commerce Pkwy Ste B,    Mount Laurel, NJ 08054-2242
517247468     +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2019 00:37:11       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2019 00:37:07       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517220236     +EDI: GMACFS.COM Sep 14 2019 04:08:00      Ally Financial,    PO Box 130424,
                Roseville MN 55113-0004
517192683      EDI: NAVIENTFKASMDOE.COM Sep 14 2019 04:08:00      Dept of Ed/Navient,    Attn: Claims Dept,
                PO Box 9635,    Wilkes Barre, PA 18773-9635
517192684      EDI: NAVIENTFKASMDOE.COM Sep 14 2019 04:08:00      Dept of Ed/Navient,    PO Box 9635,
                Wilkes Barre, PA 18773-9635
517192686      EDI: IRS.COM Sep 14 2019 04:08:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
517192687      EDI: NAVIENTFKASMSERV.COM Sep 14 2019 04:08:00      Navient,    Attn: Claims Dept,   PO Box 9500,
                Wilkes Barre, PA 18773-9500
517192688     +EDI: NAVIENTFKASMSERV.COM Sep 14 2019 04:08:00      Navient,    123 S Justison St Ste 30,
                Wilmington, DE 19801-5363
517312371      EDI: NAVIENTFKASMSERV.COM Sep 14 2019 04:08:00      Navient Solutions, LLC. on behalf of,
                Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517192689      E-mail/Text: electronicbkydocs@nelnet.net Sep 14 2019 00:37:14       Nelnet,
                Nelnet Claims/Bankruptcy,    PO Box 82505,    Lincoln, NE 68501-2505
517192690      E-mail/Text: electronicbkydocs@nelnet.net Sep 14 2019 00:37:14       Nelnet Lns,   PO Box 1649,
                Denver, CO 80201-1649
517192695      E-mail/Text: vci.bkcy@vwcredit.com Sep 14 2019 00:37:22      VW Credit, Inc.,    PO Box 3,
                Hillsboro, OR 97123-0003
517315993     +EDI: AIS.COM Sep 14 2019 04:08:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 13, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg     on behalf of Creditor    Carrington Mortgage Services LLC as servicing
           agent for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series
           2006-FRE1 Asset-Backed Pass-Through Certificates cmecf@sternlav.com
          Jeanette F. Frankenberg     on behalf of Creditor    Carrington Mortgage Services, LLC as servicing
           agent for Bank of America, N.A. cmecf@sternlav.com
          Jeanette F. Frankenberg     on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           cmecf@sternlav.com
          Maria    Cozzini     on behalf of Creditor    Carrington Mortgage Services LLC as servicing agent for
           Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1
           Asset-Backed Pass-Through Certificates mcozzini@sternlav.com
          Rebecca Ann Solarz     on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Ronald E. Norman    on behalf of Debtor Charles A. Schaffer, III ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```